IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 18-cv-00639-WYD

**REX TREWIN,**

    Plaintiff,

v.

**WIPRO ENTERPRISES LIMITED d/b/a WIPRO LIMITED, WIPRO TECHONOLOGIES, and WIPRO LIMITED,**

    Defendant.

---

**PLAINTIFF'S SECOND MOTION FOR STAY OF PROCEEDINGS PENDING RESOLUTION OF EQUAL EMPLOYMENT OPPORTUNITY COMMISSION INVESTIGATION**

---

Plaintiff Rex Trewin, by and through undersigned counsel, moves for a stay of proceeding.

### I. INTRODUCTION

1. Pursuant to D.C.COLO.LCivR 7.1 A, undersigned counsel certifies that she has conferred with Defendant's counsel, who object to a stay longer than ten total months.

### II. STANDARD OF REVIEW

2. The Tenth Circuit has recognized that staying proceedings pending resolution of an agency investigation into workplace discrimination is proper. *Wilkes v. Wy. Dept. of Emp't*, 314 F.3d 501, 505 (10th Cir. 2006) (plaintiff "could have filed her first suit and sought a stay in the district court pending the outcome of her EEOC review. Upon completion of the administrative review, she could have amended her complaint to add her Title VII claim.");

*see also Abeyta v. Colo. Tech. Univ., Inc.,* No. 13-cv-03084-WJM-KMT, 2014 WL 1908819, at *2 (D. Colo. May 13, 2014) (granting stay under similar circumstances).

### III.  ARGUMENT

3.  On or around August 5, 2016, Plaintiff filed charges alleging claims under the ADA and Title VII against Defendant Wipro with the U.S. Equal Employment Opportunity Commission (Charge No. 541-2016-02283).

4.  On May 24, 2018, the Court granted a six-month stay of litigation pursuant to Plaintiff's Motion for Stay of Proceedings Pending Resolution of the EEOC's Investigation (the "Motion"). (Dkt. No. 21). Plaintiff's motion sought a stay of this litigation so that Plaintiff could exhaust his administrative remedies as to his claims under the ADA and Title VII.[1] In the Order, the Court directed the parties to file a Joint Status Report on or before November 23, 2018 if Plaintiff had not received a Notice of Right to Sue by that date. (Dkt. No. 24).

5.  Plaintiff has not yet received a Notice of Right to Sue and, a Joint Status report was filed on November 21, 2018.

6.  The EEOC is continuing an active investigation and Plaintiff is actively participating in that investigation.

### IV.  CONCLUSION

Plaintiff therefore requests that this Court, in the interests of judicial economy, stay all proceedings in this case until May 23, 2019 or thirty (30) days after the issuance of the

---

[1] On May 22, 2018, Wipro filed a motion to strike Plaintiff's non-exhausted claims, and a motion to strike on Plaintiff's jury demand and claim for punitive damages (Dkt. Nos. 18, 19). The court denied Wipro's motion without prejudice, and with leave to renew upon the lifting of the stay. (Dkt. No. 24).

EEOC's right to sue letter, whichever is first.  Plaintiff agrees to notify the Court within fifteen (15) days of receiving his notice of right to sue from the EEOC.

Respectfully submitted this 12th day of December 2018.

By: /s Rachel E. Ellis
Rachel E. Ellis
Livelihood Law, LLC
3401 Quebec Street, Suite 6009
Denver, CO 80207
Phone: (720) 465-6972
ree@livelihoodlaw.com

### CERTIFICATE OF SERVICE

I certify that on December 12, 2018, the foregoing Plaintiff's Second Motion for Stay of Proceedings Pending Resolution of Equal Employment Opportunity Commission Investigation was electronically filed with the Clerk of Court using the CM/ECF system, which will also send notification to the following:

Sara E. Fowler
SFowler@seyfarth.com

Brett C. Painter
Brett.painter@dgslaw.com

David Rowland
drowland@seyfarth.com

Sterling LeBoef
Sterling.leboeuf@dgslaw.com

*Attorneys for Defendant*

s/ Amber Klein