IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-00639-WYD-NRN

REX TREWIN,

Plaintiff,

v.

WIPRO ENTERPRISES LIMITED d/b/a WIPRO LIMITED,
WIPRO TECHONOLOGIES, and
WIPRO LIMITED,

Defendants.

MINUTE ORDER

Entered by Magistrate Judge N. Reid Neureiter

      This case is before the Court on Plaintiff's Second Motion for Stay of Proceedings Pending Resolution of Equal Employment Opportunity Commission Investigation (Dkt. #28). It is hereby ORDERED that a Telephonic Status Conference is set for March 26, 2019 at 9:30 a.m. to argue said motion. The parties are directed to **jointly** contact Chambers (303-335-2403) at the scheduled time.

Date: March 20, 2019