IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge N. Reid Neureiter**

| | |
|---|---|
| Civil Action No: 18-cv-00639-WYD-NRN | Date:  March 26, 2019 |
| Courtroom Deputy:  Stacy Libid | FTR:  Courtroom C205 |

| *Parties:* | *Counsel:* |
|---|---|
| REX TREWIN, | Rachel Ellis |
| Plaintiff, | |
| v. | |
| WIPRO ENTERPRISES LIMITED d/b/a Wipro Limited, <br> WIPRO TECHONOLOGIES, and <br> WIPRO LIMITED, | Sara Fowler |
| Defendants. | |

## COURTROOM MINUTES

**TELEPHONIC MOTION HEARING/STATUS CONFERENCE**

**9:33 a.m.     Court in session.**

Court calls case. Appearances of counsel.

Discussion regarding status of the case.

This matter is before the Court regarding Plaintiff's Second Motion for Stay of Proceedings Pending Resolution of Equal Employment Opportunity Commission Investigation [Docket No. 28].

Arguments by counsel.

For the reasons set forth on the record, it is

**ORDERED:**  Plaintiff's Second Motion for Stay of Proceedings Pending Resolution of Equal Employment Opportunity Commission Investigation [Docket No. 28] is **DENIED.**  The STAY is  lifted.

**ORDERED:**  A **Scheduling Conference** is set for **May 16, 2019 at 1:30 p.m.** before Magistrate Judge N. Reid Neureiter in Courtroom C205, Second floor, Bryon G. Rogers Courthouse, 1929 Stout Street, Denver, Colorado 80294. The parties shall electronically file their proposed Scheduling Order through CM/ECF, and include a courtesy copy of the proposed order in a Word format sent by email to Neureiter_Chambers@cod.uscourts.gov seven days prior to the conference.

**ORDERED:**  Plaintiff shall file an Amended Complaint in advance of the Scheduling Conference.

**10:01 a.m.   Court in recess.**

Hearing concluded.
Total in-court time:   00:28

*To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Court Reporting & Video, Inc. at (303) 629-8534.