IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge N. Reid Neureiter**

Civil Action No: 18-cv-00639-WYD-NRN     Date:  May 16, 2019
Courtroom Deputy:  Stacy Libid           FTR:  Courtroom C205

| _Parties:_ | _Counsel:_ |
|---|---|
| REX TREWIN, | Rachel Ellis<br>Euell Thomas |
| Plaintiff, | |
| v. | |
| WIPRO ENTERPRISES LIMITED d/b/a Wipro Limited,<br>WIPRO TECHONOLOGIES, and<br>WIPRO LIMITED, | Thomas Ahlering, by phone |
| Defendants. | |

---

## COURTROOM MINUTES

---

**SCHEDULING CONFERENCE**

**1:33 p.m.      Court in session.**

Court calls case. Appearances of counsel.

**THE FOLLOWING WILL CONFIRM THE ACTIONS TAKEN AND DATES SET AT THE SCHEDULING CONFERENCE HELD THIS DATE.**

Initial Disclosures shall be made on or before **May 31, 2019**.

Joinder of Parties/Amendment to Pleadings: **July 1, 2019**

Discovery Cut-off: **December 30, 2019**

Dispositive Motions Deadline: **January 31, 2020**

Each side shall be limited to 6 depositions, excluding experts.
Depositions shall not exceed 7 hours for two deponents, all others limited to 4 hours, for each side, without prior agreement or absent leave of court.
Each side shall be limited to 25 interrogatories, 25 requests for production, and 25 requests for admission.
Interrogatories, Requests for Production, and Requests for Admissions shall be served no later than 45 days before discovery cut off.

Each side shall be limited to 3 expert witnesses, absent leave of court.
Disclosure of Affirmative Experts: **October 31, 2019**
Disclosure of Rebuttal Experts: **November 29, 2019**
The disclosure of Experts shall be consistent with Fed. R. Civ. P. 26(a)2(B).

**JOINT STATUS REPORT** shall be filed no later than **October 15, 2019**, updating the Court on the status of discovery and if there is anything the parties need to address with the Court.  If there are any outstanding issues, the Court may set a Status Conference.

A **Final Pretrial Conference** is set for **April 7, 2020 at 9:30 a.m.** before Magistrate Judge N. Reid Neureiter in Courtroom C205, Second floor, Bryon G. Rogers Courthouse, 1929 Stout Street, Denver, Colorado 80294. The parties shall electronically file their proposed pretrial order through CM/ECF, and include a courtesy copy of the proposed order in a Word format sent by email to Neureiter_Chambers@cod.uscourts.gov seven days prior to the conference.

In accordance with Fed.R.Civ.P. 16(e), the conference shall be attended by at least one of the attorneys who will conduct the trial for each of the parties and by any unrepresented parties.

**Parties are directed to www.cod.uscourts.gov and shall fully comply with the procedures of the judicial officer assigned to try this case on the merits.**

Anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show valid current photo identification. See D.C.COLO.LCivR 83.2B. Failure to comply with this requirement may result in denial of entry to the courthouse.

Absent exceptional circumstances, no request for rescheduling any appearance in this court will be entertained unless a written request is made five (5) business days in advance of the date of appearance.

**Scheduling Order entered.**

**1:52 p.m.      Court in recess.**

Hearing concluded.

2

Total in-court time:   00:19

*To order transcripts of hearings, please contact either Patterson Transcription
Company at (303) 755-4536 or AB Court Reporting & Video, Inc. at (303) 629-8534.