**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 18-cv-00639-DDD-NRN

REX TREWIN,

     Plaintiff,

v.

WIPRO ENTERPRISES LIMITED d/b/a WIPRO LIMITED,
WIPRO TECHNOLOGIES, and WIPRO LIMITED,

     Defendant.

## JOINT STIPULATION OF DISMISSAL

Plaintiff Rex Trewin and Defendant Wipro Enterprises Limited, Wipro Limited, Wipro Technologies, and Wipro Limited, by counsel, hereby submit this Joint Stipulation of Voluntary Dismissal.

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate to the dismissal with prejudice of each and every claim brought by Plaintiff in the above-entitled action, and each party is to bear their own costs and attorneys' fees.

DATED this 23rd day of March, 2020.

| | |
|---|---|
| */s/ Rachel E. Ellis* | */s/ Sara E. Fowler* |
| Rachel E. Ellis | David J. Rowland |
| Michelle Gibson | Sara E. Fowler |
| Livelihood Law, LLC | Seyfarth Shaw LLP |
| 3401 Quebec Street, Suite 6009 | 233 S. Wacker Drive, Suite 8000 |
| Denver, Colorado 80207 | Chicago, IL 60606 |
| ree@livelihoodlaw.com | drowland@seyfarth.com |
| mrg@livelihoodlaw.com | sfowler@seyfarth.com |
| Attorney for Plaintiff | Attorneys for Defendant |

## CERTIFICATE OF SERVICE

I certify that on this 23rd day of March, 2020, the foregoing **JOINT STIPULATION OF DISMISSAL** was filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Sara E. Fowler
sflowler@seyfarth.com

Thomas E. Ahlering
tahlering@seyfarth.com

David Rowland
drowland@seyfarth.com

Brett C. Painter
brett.painter@dgslaw.com

Sterling LeBoef
sterling.leboeuf@dgslaw.com

/s/ *Amber Klein*